# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**HEIDE JORDAN**

    Plaintiff(s)

vs.                       **CASE NUMBER: 5:10-CV-1197**

**CAROLYN W. COLVIN**

    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the Commissioner's motion for judgment on the pleadings is GRANTED; the Commissioner's decision denying plaintiff disability benefits is AFFIRMED; and the complaint is DISMISSED in its entirety,

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 17th day of April, 2013.

DATED: April 17, 2013

                                                  _/s/ Lawrence K. Baerman_
                                                  Clerk of Court

                                                  _/s/ Christine Mergenthaler_
                                                  Christine Mergenthaler
                                                  Deputy Clerk